KINGSON CONSTRUCTION CO., INC., V. REALTY SURETIES, INC.— Motion granted, and the time of the plaintiff to serve its brief on the appeal herein extended to and including January 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

POCANTICO REALTY CORPORATION V. RICHARD BURKE.— Motion denied, with leave to appellant to file a record on appeal amended in accordance with the instructions of the clerk of this court. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INSURANCE COMPANY OF NORTH AMERICA V. DANIEL G. WHITLOCK and Others. — Motion denied, with leave to renew if the referee be unable to resume hearings on January 17, 1928, and to continuously proceed with same. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SULTAN V. JULIUS CORN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WEBB INSTITUTE OF NAVAL ARCHITECTURE V. REBECCA FROMHARTZ and Others, and LOUIS ADLER and Others, as Executors and Trustees, etc., of JULIUS MILLER, Deceased.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. M. RABINOWITZ & Co., INC., V. SIMON POLLOCK and Another, and NATHANIEL MILLER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX KLINE V. MUNICIPAL BANK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS SCHECKNER V. BROAD DEVELOPING CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ELLSWORTH BAKER, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SAMUEL A. LANGFUR, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS WEISS and Another, Copartners, etc., Respondents, v. WILLIAM TUCKER and Another, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the facts shown by the plaintiffs do not justify an injunction *pendente lite*, which would bear so heavily upon the defendants, and would inconvenience the plaintiffs so little, considering the short time involved until the trial. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ABRAHAM KRIMSKY, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of WILLIAM MCKEE RICHARDSON, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.